## MARTIN, Ex Parte, In re.

Ohio Appeals, Second District, Franklin County.

No. 4570.   Decided February 21, 1951.

C. William O'Neill, Atty. Genl., Max Dennis, Asst. Atty. Genl., Columbus, for respondent.
Cecil D. Martin, Columbus, for petitioner.

### OPINION

By THE COURT.

This is a motion seeking leave to appeal from a judgment in a criminal matter, more than 30 days after said judgment entry.  Sec. 13459-4 GC permits such an appeal but the same will be allowed only upon good cause being shown. **State v. McGahan, 86 Oh Ap 283.**  This appellant has set forth no grounds which would constitute a good cause for allowing the appeal.  The motion will therefore be denied.

HORNBECK, PJ, WISEMAN and MILLER, JJ, concur.